322

44 So.2d 772

## WOODS v. STATE.
### 4 Div. 592.

Supreme Court of Alabama.
March 2, 1950.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the petitioner.

Walters & Gibson, of Troy, opposed.

BROWN, Justice.

The statement of the solicitor in argument was the statement of a fact not in evidence and violated the rule of legitimate argument to the jury. Cross v. State, 68 Ala. 476. We are, therefore, of opinion that the petition for certiorari should be denied.

Writ denied.

All the Justices concur except Gardner, C. J., not sitting.